UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAY FURTADO

              Plaintiff,

v.

AMY PAGE OBERG and DARROW
EVERETT LLP,

              Defendants.

Case No.  1:15-cv-00312-M-LDA

## DEFENDANTS' RULE 16(b) SCHEDULING CONFERENCE STATEMENT

The defendants, Amy Page Oberg and DarrowEverett, LLP, submit this statement in preparation for the upcoming Rule 16(b) scheduling conference set to take place via telephone on October 28, 2015 at 9:30 a.m.

### I.  FACTS OF THE CASE

This is a legal malpractice case against the law firm DarrowEverett LLP and a former lawyer of the firm, Amy Page Oberg, related to their involvement in the formation of a business, 360° Total Fitness LLC, in 2008. The plaintiff, Jay Furtado, alleges that the defendants represented him in connection with the formation of the business and that the defendants' concurrent representation of Karin Dreier, who was also involved in the formation of the business, resulted in a conflict of interest and the defendants favoring Ms. Dreier over Mr. Furtado in connection with the business.  When the business failed, Ms. Dreier and Mr. Furtado were involved in litigation in Rhode Island Superior Court over the failure and whether Mr. Furtado had any ownership stake in the business or was entitled to any compensation in connection with the business (the "underlying litigation"). The underlying litigation reportedly settled shortly before Furtado filed this lawsuit on July 27, 2015.

While the defendants were involved in the formation of the business, they deny that they

ever represented Furtado in connection with it.  Unfortunately, Ms. Oberg, the only

DarrowEverett attorney involved in the business's formation in 2008 and the person who would

presumably have the most knowledge of the facts related to the business and Mr. Furtado's

allegations, has since suffered a traumatic brain injury that has left her unable to speak, write, or

communicate in any meaningful way.

## II. LEGAL ISSUES

### a. Ms. Oberg's Unavailability

Due to her injuries, Ms. Oberg is unable to participate in the defense of this case.  Ms.

Oberg's husband, David Oberg holds a durable power of attorney with respect to Ms. Oberg's

affairs, including litigation brought against her.  Defense counsel is prepared to provide the Court

with documentation verifying Ms. Oberg's medical condition and inability to communicate if

necessary.

### b. Discovery of Documents Related to the Underlying Litigation's Settlement

The underlying litigation's settlement is highly relevant to the plaintiff's claims in this

case and, in particular, his alleged damages.  Mr. Furtado's claim of damages in this case is

entirely dependent on the underlying litigation, as both cases involve the nature of his interest in

the ultimately failed business.  In response to the defendants' informal request for settlement

documents, plaintiff's counsel has advised that the settlement agreement contains a

confidentiality clause and that he has been unable to secure Ms. Dreier's consent to releasing it

to the defendants.  A Court order will likely be necessary to compel the disclosure of the

settlement documents.

c. Discovery of DarrowEverett's Files

One of Mr. Furtado's claims in his Complaint is that the defendants have failed to permit him to inspect their legal files pertaining to the formation of the business. Given the defendants' position that they never represented Mr. Furtado in connection with the business's formation, the defendants anticipate a dispute regarding the discoverability of their files and whether they are protected from disclosure by attorney-client privilege.

The defendants look forward to conferring with the Court on these matters.

Respectfully submitted,

AMY PAGE OBERG and
DARROW EVERETT LLP

By their attorneys,


/s/ Jennifer R. Kiefer
Jennifer L. Markowski, BBO# 9204
Jennifer R. Kiefer, BBO# 8302
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02110-2261
Telephone: (617) 951-2100
jmarkowski@peabodyarnold.com
jkiefer@peabodyarnold.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2015, a true and correct copy of the foregoing **Defendants' Rule 16(b) Scheduling Conference Statement** was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Jennifer R. Kiefer
Jennifer R. Kiefer

853715_1